STATE OF CONNECTICUT *v.* ROBERT FORMICA

The state's petition for certification for appeal from the Appellate Court, 3 Conn. App. 477, is denied.

*Frank A. Iannotti,* deputy assistant state's attorney, in support of the petition.

*Cornelius J. Ivers,* in opposition.

Decided May 22, 1985

STATE OF CONNECTICUT *v.* CHRISTOPHER SHEEHAN

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Edward N. Lerner,* in support of the petition.

*James E. Thomas,* assistant state's attorney, in opposition.

Decided May 22, 1985

PATRICK BERGIN ET AL. *v.* DOROTHY BERGIN ET AL., ADMINISTRICES (ESTATE OF ELIZABETH BERGIN)

The plaintiffs' petition for certification for appeal from the Appellate Court, 3 Conn. App. 566, is denied.

*Ivan M. Katz,* in support of the petition.

Decided May 29, 1985

CONNECTICUT BANK AND TRUST COMPANY *v.* PAMELA WILCOX ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 3 Conn. App. 510, is granted.

*David S. Grossman,* in support of the petition.

*Mary E. Holzworth,* in opposition.

Decided May 29, 1985